UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEAN T. AMMONS HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-00211-SEB-KMB |
| ) | |
| MIDDLETOWN PROPERTY GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

The Court, having this day directed the entry of final judgment in its simultaneously issued order, this action is hereby dismissed without prejudice.

Date: 2/17/2023

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JEAN T. AMMONS HARRIS
5651 Rawles Avenue
Indianapolis, IN 46219